**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MICHAEL L. THOMAS,**                                                                    **PLAINTIFF**
**ADC # 81794**

**V.**                            **CASE NO. 2:12CV00183-SWW-BD**

**JEREMY ANDREWS,** *et al.*                                                           **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Thomas's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #33) is GRANTED. Mr. Thomas's claims against Defendant Burl, Ester, Crumpton, Green, and Hobbs are DISMISSED, without prejudice. His claims against Defendants Andrews, Ball, and McNary are DISMISSED, with prejudice.

IT IS SO ORDERED this 15th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE