# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MICHAEL L. THOMAS,**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 81794**

**V.　　　　　　　CASE NO. 2:12CV00183-SWW-BD**

**JEREMY ANDREWS,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 15th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE